UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COLLAGE LLC<br>    PLAINTIFF,<br><br>V.<br><br>VILLAGE OF ADDISON<br>    DEFENDANTS, | CASE NO. 19-CV-06590 |

## STIPULATED AGREED ORDER

Plaintiff, Collage LLC and Defendant Village of Addison hereby agree to the entry of this order as set forth below:

The Village of Addison, its officers, agents, servants, employees, and attorneys agree that the Village will not enforce Ordinance 0-19-34 against Plaintiff, its officers, agents, servants, employees, and customers until any motion for injunctive relief by Plaintiff has been fully briefed, argued, and decided by the District Court, or until January 1, 2020, whichever date comes first. The Parties further agree that the purpose of this order is to allow the court time to hear and decide an injunctive relief motion that Plaintiff has represented will be filed, and that the Village intends to contest. The parties further agree that no inferences either for or against the Village or Plaintiff shall be made with respect to the issues involved in this case by reason of the Village agreeing to temporarily refrain from enforcing the Ordinance per this Agreed Order.

*[signature]*

10/28/2019

1

By:
/S/ Ilia Usharovich
Ilia Usharovich, Attorney,
224 S. Milwaukee Avenue Suite
G Wheeling, Illinois 60090
Telephone: (847)-264-0435
Fax: (224)-223-8079
Email:ilia@usharolaw.com

By:
/s/ M. Neal Smith
M. Neal Smith
Robbins Schwartz
631 E. Boughton Rd., Suite 200
Bolingbrook, IL 60440-3098
p: 630.929.3639  f: 630.783.3231
nsmith@robbins-schwartz.com